# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JEREMY D. COOPER

NO. 2023 KW 0813

OCTOBER 17, 2023

---

In Re:   State of Louisiana, applying for supervisory writs, 20th Judicial District Court, Parish of East Feliciana, Nos. 23-CR-298/301/303/339.

---

BEFORE:   McCLENDON, HESTER, AND MILLER, JJ.

    **WRIT GRANTED.** At the time the defendant was stopped, he was suspected of being involved in the sale of illegal narcotics at his residence. Under the totality of the circumstances, the officers had reasonable suspicion to effect the investigatory stop and to detain the defendant. **Terry v. Ohio**, 392 U.S. 1, 88 S.Ct. 1868, 20 L.Ed.2d 889 (1968); **State v. Kalie**, 96-2650 (La. 9/19/97), 699 So.2d 879, 881 (*per curiam*). See also **State v. Bozeman**, 2008-1077 (La. App. 1st Cir. 2/13/09), 6 So.3d 899, writ denied, 2009-0629 (La. 11/25/09), 22 So.3d 170. Furthermore, even if a traffic violation has not been committed, an officer may stop a vehicle for investigatory purposes if he has a reasonable suspicion of criminal activity. See **United States v. Zavala**, 541 F.3d 562, 574 (5th Cir. 2008). Moreover, the initial warrantless search of the vehicle was reasonable under the plain view exception to the search warrant. **State v. Miguel**, 2018-0711 (La. 1/30/19), 263 So.3d 873, 874 (*per curiam*). Accordingly, the district court's ruling granting defendant's motion to suppress is reversed and this matter is remanded for further proceedings.

                                    PMc
                                    SMM

    **Hester, J.**, dissents and would deny the writ.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT